NUMBERS 13-06-246-CR
and 13-06-247-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_____________________________________________________________  _____

 

FRANCISCO
JAVIER MEDRANO,                                 Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_______________________________________________________  ___________

 

                On appeal from County
Court at Law No. 2

                          of Cameron
County, Texas.

______________________________________________________
_____________

 

                     MEMORANDUM OPINION

 

             Before Justices
Hinojosa, Rodriguez, and Castillo

                       Memorandum Opinion Per
Curiam

 








Appellant, FRANCISCO
JAVIER MEDRANO, attempted to perfect appeals from  judgments entered by County Court
at Law No. 2 of Cameron County, Texas.  Sentence in these cause was imposed on August 11, 2005.  No timely
motions for new trial were filed.   The notices of appeal were due to be filed
on September 12, 2005, but were not filed until May
10, 2006.   Said notices of appeal
are untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within 
fifteen days of the last day allowed and within the same period a motion
is filed in the court of appeals reasonably explaining the need for such
extension.  Appellant failed to file his
notices of appeal and a motion requesting an extension of time within such
period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeals, is of the opinion that the appeals should be dismissed for want of
jurisdiction.  The appeals are hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and 

filed this the 1st day of June, 2006.